Motion by Association of American Railroads for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted August 21, 2006; decided August 29, 2006

Motion by Council for Education and Research on Toxics et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted August 7, 2006; decided August 29, 2006

Motion by Margaret A. Berger et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted August 21, 2006; decided August 29, 2006

Motion by American Trial Lawyers Association et al. for leave to file a brief amici curiae on the appeal herein granted. Two

copies of the brief may be served and 24 copies filed within five days.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GRAJALES, Appellant.

Submitted July 17, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD JACKSON, Appellant.

Submitted July 24, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GANESH KISOON, Also Known as GANESH KISSON, Respondent.

Submitted July 17, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICO LEGRAND, Appellant.

Submitted July 24, 2006; decided August 29, 2006